United States District Court
Southern District of Texas

**ENTERED**

June 16, 2026

Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION**

| | | |
|---|---|---|
| **ENDY REYNALDO MIRANDA ORDONEZ,** | § § § | |
| **Petitioner,** | § § | |
| **V.** | § § | **CIVIL ACTION NO. 5:25-CV-00266** |
| **TODD BLANCHE, *ET AL*.,** | § § § | |
| **Respondents.** | § | |

## FINAL JUDGMENT

For the reasons and in the manner set forth in the Court's prior Memorandum Opinion & Order, (Dkt. No. 20), Petitioner's Petition for Writ of Habeas Corpus, (Dkt. No. 1), was **GRANTED in part and DENIED in part**. Respondents' Response to the Petition for Writ of Habeas Corpus and Motion to Dismiss and, in the Alternative, for Summary Judgment, (Dkt. No. 15), was **DENIED**. In accordance with the Court's Order, Petitioner received a bond hearing and was released. (Dkt. No. 21).

Following the Court's Order and Petitioner's release, no live claims remain in this case.

The Clerk of the Court is **DIRECTED** to **TERMINATE** this case.

This is a **FINAL JUDGMENT**.

It is so **ORDERED**.

**SIGNED** on June 16, 2026.

John A. Kazen
United States District Judge